ØSÁÚÒÓÁÛSØÚÓŒÁUÚNÚÓUÁŒØUÚÞØOÚÁOŠÛÞÚ
ÔŠÞÁÚÒÓÁÙÓUÚÓÞSÁŒØUÚÞØOÚÁŠÔÂŞÓSSUWQÜNSØN

| ÛSØÚÓŒÁUÚNÚÓUÁŠÔÂNRÓÞØONÁ | D |
| | D |
| ÁÁÁÁÁÁÁÁÁÁ{È | DÁÁÁOã↔↑↔^á→ÁS~ÈÁ€ÏËFÍIJ |
| | D |
| ÖÓÞNQŒÁÚÒŠRNUÁÑNSŒØÊÁÕÞÈ | D |

## ORDER OF COURT

NSŒÁSŠÙÊÁ\~Ë}↔\ÊÁ\å↔bÁFI\åÁäá]Á~àÁÕá^|áã]ÊÁG€F€Ê
|*~^Á´~^b↔äæãá\↔~^Á~àÁ\åæÁ}↔\å↔^ÁR~\↔~^Áà~ãÁÓ[\æ^b↔~^Á~àÁÚ↔↑æ
\~ÁÔ↔↔æÁŞãæ\ã↔á→ÁR~\↔~^bÊÁ↔\Á↔bÁåæãæâ]ÁŠÞŒÓÞÓŒÊÁNŒÕÛŒÖÓŒÁNSŒ
ŒÓOÞÓÓŒÁ\åá\Ábá↔äÁ↑~\↔~^Áâæ Áá^äÁ\åæÁbá↑æÁåæãæâ]Á↔bÊÁ ÁÖÞNSÚÓŒÌ
ØÚ ÁØUÁÔ ÛÞÚÒÓ ÞÁŠÞŒÓÞÓŒÁ\åá\Á\åæÁæ[\æ^b↔~^Á~àÁ\↔↑æ´á|bæäÁâ]
\å↔bÁ´~^\↔^|á^´æÁÇàã~↑ÁÕá^|áã]ÁFIÊÁG€F€Á|^\↔↔→ÁRáã´åÁFIJÊ
G€F€DÁâæÁäæ↑æäÁæ[´→|äáâ→æÁäæ→á]Á|^äæãÁ\åæÁU*ææä]ÁÚÚã↔á→ÁN´\
FÎÁÛÈUÈOÈÁ/Á ĞFIJFÁæ\Ábæ@ÈÁÁU*æ´↔à↔´á→→]ÊÁ\åæÁ´~|ã\Áà↔^äbÁ\åá\
\åæÁæ^äbÁ~àÁ↓|b\↔´æÁbæã{æäÁâ]Á&ãá^\↔^&Á\å↔bÁ´~^\↔^^|á^´æ
~|\}æ↔&åÁ\åæÁâæb\Á↔^\æãæb\Á~àÁ\åæÁ*|â→↔´Áá^äÁ\åæÁäæàæ^äá^\Á\~
áÁb*ææä]Á\ã↔á→ÊÁFÎÁÛÈUÈOÈÁ/ĞFIJFÇåDÇÍDÇNDÊÁb↔^´æÊÁà~ãÁ\åæ
ãæáb~^bÁb\á\æäÁ↔^Áäæàæàæ^äá^\CbÁ↑~\↔~^~^ÊÁ\åæÁàá↔↔→|ãæÁ\~Á&ãá^\
b|´åÁ´~^\↔^|á^´æ}~|→äÁäæ^]Á´~|^bæ→Áà á~ãá\Á\åæÁäæ áæ^äá^\
ãæáb~^áâ→æÁ\↔↑æÁ^æ´æbbáã]ÁÁá~ãáŒãá\↔~^ÊÁá↔↔^&Á↔↔^Êã ↔↔↔ æ´\↔↔{æŒ*ãæ*áãã\↔~^ÊÁá↔↔^&Á↔↔^&
↔^\~Áá´´~|^\Á\åæÁæ[æã´↔bæÁ~àÁá↔|æÁã↔↔|ãæ^´æ↔^ÊÁ↔Í Á ÛÈUÈOÈÁ
/ĞFIJFÇåDÇÍDÇÑDÇ↔{DÈ

ØÚÁØUÁÔÛÞÚÒÓÞÁŠÞŒÓÞÓŒÁ\åá\Áá^]Á*ãæ\ã↔á→Á↑~\↔~^bÁãæàæã, æä

\~Á↔^ÁQ~´á→ÁOã↔↑↔^á→ÁÞ|→æÁFGÈFÁáãæÁä|æÁ~^Á~ãÁâæà~ãæÁRáã´åÁFIJÊ

G€F€ÈÁ


bÐÖáã]ÁQÈÁQá^´áb\æã
ŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽŽ
Öáã]ÁQÈÁQá^´áb\æã
Oå↔æàÁÛ^↔\æäÁU\á\æbÁŒ↔b\ã↔´\ÁÕ|ä&æ
Á
Á
´´İÁÁN→→ÁO~|^bæ→Á~àÁÞæ´~ãäÁ