```
       IN THE UNITED STATES DISTRICT COURT
    FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,    )
                             )
          v.                 ) Criminal No. 09-176
                             )
GERALD THOMAS BANDI, JR.,    )      **(SEALED)**
     Defendant.              )

## ORDER

AND NOW, this 19th day of April, 2010, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 5, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Thursday, May 6, 2010 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

                         BY THE COURT:


                         s/Gary L. Lancaster         ,C.J.
                         The Honorable Gary L. Lancaster,
                         Chief United States District Judge

cc:   Ross E. Lenhardt,
      Assistant United States Attorney

      Michael J. Novara,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Probation

      U.S. Pretrial Services