IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 09-176 |
| | ) | |
| GERALD BANDI | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this 7th day of Sept, 2010, upon consideration of the foregoing Motion to Seal, it is hereby ORDERED, ADJUDGED AND DECREED that said Motion be, and the same hereby is granted.

It is FURTHER ORDERED that the Memorandum shall remain sealed until further Order of Court.

_____
Gary L. Lancaster
Chief United States District Judge